IN THE U.S. DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| **Elsie-Shanta Sharp**<br><br>      Plaintiff,<br><br>v.<br><br><br>**Carrie Ward, et al.**<br><br>      Defendants. | <br><br><br><br><br><br><br>Case No. 8:15-cv-00392-GJH |

## MOTION TO DISMISS

Defendants George Jacob Geesing, Howard Bierman, Carrie Ward, and BWW Law Group, LLC[1] ("Moving Defendants"), by counsel, and pursuant Rules 12(b)(6) and 8(a) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted.

The reasons for this Motion are more fully set forth in the Motion to Dismiss Plaintiff's Complaint and Memorandum of Law In Support filed in this case by co-defendants Nationstar Mortgage LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association on October 1, 2015, which is hereby fully adopted and incorporated herein by reference to the extent it seeks dismissal of Plaintiff's Complaint.

**WHEREFORE**, Defendants George Jacob Geesing, Howard Bierman, Carrie Ward, and BWW Law Group, LLC respectfully request that this Court grant the instant Motion to Dismiss. Also attached hereto, please find a proposed Order granting this Motion.

---

[1] Plaintiff's Complaint names "George Jacob Geesing, Attorney, (etcetera all, or and or assigns), BWW Law Group" as a defendant. It is assumed that the reference to BWW Law Group is a misnomer. To the extent Plaintiff intended to sue BWW Law Group, LLC, this motion should be equally construed as being brought by said party.

1

Respectfully submitted,

/s/ David Solan, Esq._____
David Solan, Esq. (Bar #: 29820)
BWW Law Group, LLC
6003 Executive Blvd., Ste. 101
Rockville, MD 20852
301-961-6555, ext. 3739
301-961-6545 FAX
david.solan@bww-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2015, a copy of the foregoing Motion to Dismiss was filed electronically with the U.S. District Court and, pursuant to L.R. 102.1.c., the Court's notice of electronic filing constitutes a certificate of service on all other counsel in the action. In addition, the forgoing was served on the following via U.S. mail, postage prepaid:

Elsie-Shanta Sharp
14110 Kydan Court
Brandywine, MD 20613

Christopher Halmy, Chief Financial Officer GMAC Bank, Limited Liability Corporation
GMAC Mortgage Limited Liability Corporation a/k/a Ally Bank
200 Renaissance Center
Detroit, Michigan 48243

Francis Insley, Resident Agent
Trident Title
1st Chesapeake Home Mortgage
135 Spa Drive
Annapolis, Maryland 21403

Francis Insley, Resident and
Signing Agent Trident Title
1st Chesapeake Home Mortgage
2525 Riva Road, Suite 121
Annapolis, Maryland 21401

/s/ David Solan, Esq._____
Federal Bar ID: 29820

2